```
1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   COURTNEY J. LINN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2738
5
   Attorneys for Plaintiff
6  United States of America
7
```

**FILED**

\_\_\_ 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | No. Mag. SW-05-0047 PAN |
| ) | |
| SEARCH WARRANT ) | APPLICATION TO UNSEAL SEARCH WARRANT; [PROPOSED] ORDER |
| ) | |

## APPLICATION

On February 22, 2005, this Court issued a search warrant for the captioned matter, and sealed the application and affidavit for search warrant as well as the search warrant. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government

///
///
///
///
///
///
///
///

respectfully requests that the application and search warrant for this matter be unsealed.

DATED: June 1, 2005

        Respectfully submitted,

        McGREGOR W. SCOTT
        United States Attorney

By: _____
    S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: June 3, 2005

_____
HONORABLE PETER A. NOWINSKI
United States Magistrate Judge